**Order entered December 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01257-CV

### JOHN W. PRILLER, INDIVIDUALLY AND D/B/A JOHN PRILLER & ASSOCIATES AND EDSEL F. MATTHEWS, JR., Appellants

### V.

### MORGAN COX, III AND DM FOREST CREEK LLC, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04089-2014**

## ORDER

Appellant Edsel F. Matthews Jr. has filed an unopposed motion to dismiss his appeal, stating he and appellees have settled their dispute. *See* TEX. R. APP. P. 42.1(a). We **GRANT** the December 17th motion and **DISMISS** the appeal of Mr. Matthews. *See id.* The appeal of John W. Priller, individually and d/b/a John Priller & Associates, remains pending.

/s/    CRAIG STODDART
JUSTICE